1    Tanya E. Moore, SBN 206683
     MOORE LAW FIRM, P.C.
2    332 North Second Street
     San Jose, California  95112
3    Telephone (408) 298-2000
     Facsimile (408) 298-6046
4    Email: service@moorelawfirm.com

5    Attorney for Plaintiff,
     Gerardo Hernandez
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12   GERARDO HERNANDEZ,                    )   No.  3:19-cv-03832-TSH
                                           )
13               Plaintiff,                )   **STIPULATION FOR DISMISSAL OF**
                                           )   **ENTIRE ACTION**
14          vs.                            )
                                           )
15   SHINN & SONS, INC. dba MR. PICKLES    )
     SANDWICH SHOP; NEIL C. HSU; ANGIE     )
16   X. HU;                                )
                                           )
17               Defendants.               )
                                           )
18                                         )
                                           )
19                                         )
                                           )
20   _____)

21

22

23

24

25

26

27

28

1    **IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and

2    Defendants, Shinn & Sons, Inc. dba Mr. Pickles Sandwich Shop; Neil C. Hsu; and Angie X.

3    Hu, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

4    the above-captioned action is dismissed with prejudice in its entirety.

5

6    Dated: November 19, 2019                MOORE LAW FIRM, P.C.

7
                                            */s/ Tanya E. Moore*
8                                           Tanya E. Moore
                                            Attorney for Plaintiff,
9                                           Gerardo Hernandez

10

11   Dated: November 19, 2019                VAUGHAN & ASSOCIATES

12                                           */s/ Cris C. Vaughan*
                                            Cris C. Vaughan
13                                          Khushpreet R. Mehton
                                            Attorneys for Defendants,
14                                          Shinn & Sons, Inc. dba Mr. Pickles Sandwich
15                                          Shop; Neil C. Hsu; and Angie X. Hu

16

17                            **ATTESTATION**

18   Concurrence in the filing of this document has been obtained from each of the individual(s)
     whose electronic signature is attributed above.
19

20                                           */s/ Tanya E. Moore*
                                            Tanya E. Moore
21                                          Attorney for Plaintiff,
                                            Gerardo Hernandez
22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ENTIRE ACTION